UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

MICHAEL ADAM ARELLANO,                          Case No. 16-12720 ta7

     Debtor.

MICHAEL ADAM ARELLANO,

     Plaintiff,

v.                                                              Adv. Pro. 17-01009 t

ANTHONY DENARDIS,

     Defendant.

## FINAL JUDGMENT DISMISSING PLAINTIFF'S CLAIMS

THIS MATTER came before the Court on March 26, 2018, for a final pretrial conference. Defendant Anthony Denardis appeared pro se. Plaintiff Michael Arellano did not appear. This is the second time the plaintiff failed to appear for a hearing or conference in this proceeding.[1] Plaintiff should not be allowed to proceed with litigation in this Court if he is unwilling or unable to appear in Court, especially at a final pre-trial conference. Being sufficiently advised, the Court concludes that entry of a final judgment dismissing Plaintiff's claims against Defendant is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant asserted in this proceeding are hereby dismissed with prejudice.

---

[1] Plaintiff also failed to appear for a hearing on Defendant's Motion to Move Trial and Reset Discovery Deadline, filed December 1, 2017, doc. 22. The Court granted the motion by default.

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: March 26, 2018

Copies to:

Michael A. Arellano
224 Nico Trail NW
Albuquerque, NM 87114

Anthony Denardis
8901 Paramount Court NE
Albuquerque, NM 87122

James T. Burns
1801-B Rio Grande Boulevard NW
Albuquerque, NM 87104